# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| STATE OF MISSOURI, EX REL.<br>MISSOURI HIGHWAYS AND<br>TRANSPORTATION COMMISSION | )<br>)<br>) | |
| Plaintiff(s), | ) | |
| | ) | Case No. |
| vs. | ) | |
| EAGLE POINT SOFTWARE<br>CORPORATION | )<br>) | |
| Defendant(s). | ) | |

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for <u>Eagle Point Software</u> hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:
   NONE

2. Subsidiaries not wholly owned by the corporation:
   NONE

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   NONE

/s/ Russell F. Watters
Signature (Counsel for Plaintiff/Defendant)
Print Name: RUSSELL F. WATTERS, #4653
Address: Brown & James, P.C.
1010 Market, 20th Floor
City/State/Zip: St. Louis, MO 63101
Phone: (314) 421-3400

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 18 Day of Feb, 20 09.