IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, ex rel. | ) | |
| MISSOURI HIGHWAYS AND | ) | |
| TRANSPORTATION COMMISSION | ) | Cause No.: |
| | ) | |
| Plaintiff, | ) | Circuit Court – St. Louis County |
| | ) | Cause No.: 09SL –CC00136 |
| vs. | ) | Division |
| | ) | |
| EAGLE POINT SOFTWARE | ) | |
| CORPORATION | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL**

Defendant, Eagle Point Software Corporation, hereby gives notice that it has removed the above-captioned action to the United States District Court for the Eastern District of Missouri.

**BROWN & JAMES, P.C.**

/s/ Russell F. Watters
Russell F. Watters, #4653
Sean P. Hadican, #504809
Attorneys for Defendants
1010 Market Street, 20th Floor
St. Louis, Missouri 63101-2000
314-421-3400
314-421-3128 – FAX
rwatters@bjpc.com
shadican@bjpc.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid this 18th day of February, 2009, to:  Theresa A. Otto, 4600 Madison Ave., Ste. 210, Kansas City, MO 64112-3012; and Jaudon R. Godsey, 231 South Bemiston Ave., Ste. 230, St. Louis, MO 63105, *Attorney for Plaintiff*.

                        /s/ Russell F. Watters_____

8386944