IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, ex rel. MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION | ) ) ) ) | Cause No.: 4:09-cv-00272 |
| Plaintiff, | ) ) | Circuit Court – St. Louis County Cause No.: 09SL–CC00136 |
| vs. | ) ) | Division 8 |
| EAGLE POINT SOFTWARE CORPORATION | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) | |

## NOTICE TO STATE COURT OF NOTICE OF REMOVAL

Defendant, Eagle Point Software Corporation, hereby gives notice that it has removed the above-captioned action to the United States District Court for the Eastern District of Missouri.

## CERTIFICATE OF FILING WITH CIRCUIT CLERK

A copy of the above Notice and of the attached Notice of Removal filed in the Circuit Court of St. Louis County, State of Missouri this 18th day of February, 2009

_____
Clerk of Circuit Court
St. Louis County

by Maria Dubis - Deputy Clerk
02/18/2009

BROWN & JAMES , P.C.

_____
Russell F. Watters, #25758
Sean P. Hadican, #56131
Attorneys for Defendants
1010 Market Street, 20th Floor
St. Louis, Missouri 63101-2000
314-421-3400
314-421-3128 – FAX
rwatters@bjpc.com
shadican@bjpc.com

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid this 18th day of February, 2009, to: Theresa A. Otto, 4600 Madison Ave., Ste. 210, Kansas City, MO 64112-3012; and Jaudon R. Godsey, 231 South Bemiston Ave., Ste. 230, St. Louis, MO 63105, *Attorney for Plaintiff.*

_____

8387165