UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, ex rel. | ) | |
| MISSOURI HIGHWAYS AND | ) | |
| TRANSPORTATION COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 4:09cv00272 ERW |
| | ) | |
| EAGLE POINT SOFTWARE CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

COMES NOW Julie M. Numrich of the law firm of Baty, Holm & Numrich, P.C. and hereby enters her appearance as additional counsel for plaintiff Missouri Highways and Transportation Commission in the above-captioned matter.

            MISSOURI HIGHWAYS AND
            TRANSPORTATION COMMISSION

By: */s/ Julie M. Numrich*
Theresa A. Otto, Esq. (#43453)
Julie M. Numrich, Esq. (#53906)
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
totto@batyholm.com
jnumrich@batyholm.com
Telephone:    816-531-7200
Telecopy:     816-531-7201

Jaudon R. Godsey, Esq. (#48693)
BATY, HOLM & NUMRICH, P.C.
231 South Bemiston Ave., Ste. 230
St. Louis, MO 63105
jgodsey@batyholm.com
Telephone:    314-863-6274
Telecopy:     314-863-6407

        Jay L. Smith (#40768)
        Assistant Chief Counsel
        MISSOURI HIGHWAYS AND
        TRANSPORTATION COMMISSION

        Rich Tiemeyer (#23284)
        Chief Counsel
        MISSOURI HIGHWAYS AND
        TRANSPORTATION COMMISSION

        ATTORNEYS FOR PLAINTIFF

*Certificate of Electronic Filing*

I hereby certify that on February 25, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Russell F. Watters, Esq.
Sean P. Hadican, Esq.
BROWN & JAMES, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101-2000
rwatters@bjpc.com
shadican@bjpc.com
Telephone:   314-421-3400
Telecopy:   314-421-3128
ATTORNEYS FOR DEFENDANT


 */s/ Julie M. Numrich*
Attorneys for Plaintiff

2