IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ex rel.<br>MISSOURI HIGHWAYS AND<br>TRANSPORTATION COMMISSION<br><br>    Plaintiff,<br><br>vs.<br><br>EAGLE POINT SOFTWARE<br>CORPORATION<br><br>    Defendant. | Cause No.: 4:09-CV-00272<br><br>Circuit Court – St. Louis County<br>Cause No.: 09SL –CC00136<br>Division<br><br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

COMES NOW Sean P. Hadican of the law firm of Brown & James, P.C. and hereby enters his appearance as additional counsel for the Defendant Eagle Point Software Corporation in the above captioned matter.

**BROWN & JAMES, P.C.**


/s/ Sean P. Hadican
Russell F. Watters, #4653
Sean P. Hadican, #504809
Attorneys for Defendants
1010 Market Street, 20th Floor
St. Louis, Missouri 63101-2000
314-421-3400
314-421-3128 – FAX
rwatters@bjpc.com
shadican@bjpc.com
*Attorneys for Defendant*

**CERTIFICATE OF ELECTRONIC FILING**

The undersigned certifies that on the 27th day of February, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to the following:

Theresa A. Otto, Esq.
Julie M. Numrich, Esq.
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
jnumrich@batyholm.com
totto@batyholm.com
Telephone: 816-531-7200
Facsimile: 816-531-7201

                                               /s/ Sean P. Hadican

8399225