IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, ex rel. | ) | |
| MISSOURI HIGHWAYS AND | ) | |
| TRANSPORTATION COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 4:09-CV-00272 |
| vs. | ) | |
| | ) | |
| EAGLE POINT SOFTWARE | ) | |
| CORPORATION | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Bradley R. Hansmann of the law firm of Brown & James, P.C. and hereby enters his appearance as additional counsel for the Defendant Eagle Point Software Corporation in the above captioned matter.

**BROWN & JAMES, P.C.**

/s/ Bradley R. Hansmann
Russell F. Watters, #4653
Bradley R. Hansmann, #109827
Sean P. Hadican, #504809
Attorneys for Defendants
1010 Market Street, 20th Floor
St. Louis, Missouri 63101-2000
314-421-3400
314-421-3128 – FAX
rwatters@bjpc.com
bhansmann@bjpc.com
shadican@bjpc.com
*Attorneys for Defendant*

1

2

**CERTIFICATE OF ELECTRONIC FILING**

       The undersigned certifies that on the 10th day of March, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Theresa A. Otto, Esq.
Julie M. Numrich, Esq.
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
jnumrich@batyholm.com
totto@batyholm.com
Telephone: 816-531-7200
Facsimile: 816-531-7201

                                                                  /s/ Bradley R. Hansmann

8404199