UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STATE OF MISSOURI, ex rel,
MISSOURI HIGHWAYS AND
TRANSPORTATION COMMISSION )
)
)
Plaintiff(s), )
)
vs. ) Case No. 4:09cv00272 ERW
)
EAGLE POINT SOFTWARE CORPORATION )
)
)
Defendant(s). )

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated August 13, 2009 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Hon. William Corrigan

Firm Name and Address: United States Arbitration & Mediation Midwest, Inc.
720 Olive Street, Suite 2300
Saint Louis, Missouri 63101-2317

Telephone & FAX Number: Telephone: (314)231-4642/Facsimile: (314)231-0137

**The attorneys of record in this case are:**

Name of Lead Counsel: Julie M. Numrich/Theresa A. Otto

Firm Name and Address: Baty, Holm & Numrich P.C.
4600 Madison Ave., Suite 210
Kansas City, Missouri 64112

Telephone & FAX Number: Telephone (816)531-7200/Facsimile (816) 531-7201

Name of Other Counsel: Bradley R. Hansmann

Firm Name and Address:    Brown & James, P.C.
                          1010 Market Street, 20th Floor
                          St. Louis, MO 63101


Telephone & FAX Number:   Telephone:(314) 242-5370/Facsimile  (314) 242-5570 (fax)

**The completion deadline for this ADR referral is** November 16, 2009

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:   November 10, 2009                                    20 09

Time of Conference:   9:00 a.m.                                            a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location:   Brown & James, P.C.
                    1010 Market Street, 20th Floor
                    St. Louis, MO 63101

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

9/18/2009                              /s/Julie M. Numrich
Date
                                       Signature of Plaintiff(s)

                                       /s/ Bradley R. Hansmann

                                       Signature of Defendant(s)