UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ex rel. ) <br> MISSOURI HIGHWAYS AND ) <br> TRANSPORTATION COMMISSION ) <br>  ) <br> Plaintiff, ) <br>  ) <br> vs. ) <br>  ) <br> EAGLE POINT SOFTWARE CORPORATION ) <br>  ) <br> Defendant. ) | Cause No. 4:09cv00272 ERW |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that plaintiff Missouri Highways and Transportation Commission's Disclosure of Expert Witnesses with expert reports was served via overnight mail, on October 15, 2009, to:

Russell Watters, Esq.
Brad Hansmann, Esq.
BROWN & JAMES, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101-2000
rwatters@bjpc.com
bhansmann@bjpc.com
Telephone:   314-421-3400
Telecopy:    314-421-3128
ATTORNEYS FOR DEFENDANT

MISSOURI HIGHWAYS AND
TRANSPORTATION COMMISSION

By: */s/ Theresa A. Otto*
Theresa A. Otto, Esq. (#43453)
Julie M. Numrich, Esq. (#53906)
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
totto@batyholm.com
jnumrich@batyholm.com
Telephone:   816-531-7200
Telecopy:    816-531-7201

Jaudon R. Godsey, Esq. (#48693)
BATY, HOLM & NUMRICH, P.C.
231 South Bemiston Ave., Ste. 230
St. Louis, MO 63105
jgodsey@batyholm.com
Telephone:   314-863-6274
Telecopy:    314-863-6407

Jay L. Smith (#40768)
Assistant Chief Counsel
MISSOURI HIGHWAYS AND
TRANSPORTATION COMMISSION

Rich Tiemeyer (#23284)
Chief Counsel
MISSOURI HIGHWAYS AND
TRANSPORTATION COMMISSION

ATTORNEYS FOR PLAINTIFF