RECEIVED BY MAIL
NOV 13 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI, STATE OF, EX REL. MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION, )<br><br>Plaintiff(s), )<br><br>vs. )<br><br>EAGLE POINT SOFTWARE CORP., )<br><br>Defendant(s). ) | Case No.  4:09CV00272 ERW |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

In accordance with the Court's Order Referring Case to ADR, dated <u>11/16</u>, 2009,

☐ An ADR conference was held on: <u>November 10, 2009</u>.

☐ All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____

The ADR referral was concluded on <u>November 10, 2009</u>, 2009

and the parties [☒ did  ☐ did not] achieve a settlement.
  Check One

---

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Comments: _____

<u>11-10-09</u>
Date

CORRIGAN, WILLIAM M.
Neutral