UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STATE OF MISSOURI, ex rel. )
MISSOURI HIGHWAYS AND )
TRANSPORTATION COMMISSION )
)
Plaintiff, )
)
vs. ) Cause No. 4:09cv00272 ERW
)
EAGLE POINT SOFTWARE CORPORATION )
)
Defendant. )

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys of record, and hereby stipulate and agree that this case may be and is hereby dismissed with prejudice, each party to bear their own costs.

| | |
|---|---|
| BATY, HOLM & NUMRICH, P.C. | BROWN & JAMES, P.C. |
| By: /s/ Julie M. Numrich | By: /s/ Brad Hansmann |
| Theresa A. Otto, Esq. (#43453) | Russell F. Watters |
| Julie M. Numrich, Esq. (#53906) | Bradley R. Hansmann |
| BATY, HOLM & NUMRICH, P.C. | BROWN & JAMES, P.C. |
| 4600 Madison Avenue, Suite 210 | 1010 Market Street, 20th Floor |
| Kansas City, MO 64112-3012 | St. Louis, MO 63101-2000 |
| totto@batyholm.com | rwatters@bjpc.com |
| jnumrich@batyholm.com | shadican@bjpc.com |
| Telephone:   816-531-7200 | Telephone:   314-421-3400 |
| Telecopy:   816-531-7201 | Facsimile:   314-421-2128 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |